**Order entered January 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01408-CV

**STATON HOLDINGS, INC. D/B/A STATON WHOLESALE D/B/A STATON CORPORATE & CASUAL, Appellant**

**V.**

**TATUM, L.L.C. FORMERLY KNOWN AS TATUM CONTROLLER GROUP SOLUTIONS, L.L.C., Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-09-01049-B**

## ORDER

Before the Court is appellant's January 9, 2013 unopposed motion to file corrected appellant's brief. We **GRANT** appellant's motion. The corrected brief received by the Court on January 9, 2013 is **ORDERED** filed as of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE